UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CLARENCE L. BOWENS, JR.,

    Plaintiff,

v.                                     Case No.  2:25-cv-241-JLB-KCD

FLORIDA STATE PRISON,

    Defendant.
_____/

## ORDER OF DISMISSAL

    This cause is before the Court on consideration of a handwritten letter filed by Clarence L. Bowens, Jr., a prisoner at the Florida State Prison. (Doc. 1.) He asserts that he is a victim of identity theft and fraud. (Id. at 1.) He also asserts that he may be in great danger from other prisoners and staff at the prison. (Id.) Because of Mr. Bowens' allegations of imminent harm, the Court notified the Warden of Florida State Prison of Mr. Bowens' concerns. (Doc. 2.)

    Mr. Bowens' letter did not properly initiate a civil action in this Court. See Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the Court."). To the extent he seeks to file a complaint under 42 U.S.C. § 1983, Mr. Bowens is advised that the Court has approved the use of a civil rights complaint form for cases filed by prisoners under 42 U.S.C. § 1983. See Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]"). The form requires a plaintiff to include detailed information about the defendants he intends to sue, the plaintiff's litigation history, a statement of the plaintiff's claims and facts, and the

specific relief requested.

The Court thus dismisses this case without prejudice. Mr. Bowens may pursue a new case by filing a proper complaint on the attached pre-printed complaint form—not using this case number—and include the filing fee or motion to proceed in forma pauperis. However, because this complaint concerns activity that is allegedly occurring at the Florida State Prison, any new complaint should be filed in the Middle District of Florida's <u>Jacksonville</u> Division.

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED without prejudice**.
2. The Clerk is **DIRECTED** to enter judgment, deny any pending motions as moot, terminate any deadlines, and close this case.
3. The Clerk is also **DIRECTED** to send Mr. Bowens a copy of the pre-printed 42 U.S.C. § 1983 civil rights complaint form.

**DONE AND ORDERED** in Fort Myers, Florida on April 9, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

Copies: Clarence L. Bowens, Jr.
Encl:   42 U.S.C. § 1983 civil rights complaint form (prisoner)